**Order filed April 5, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00136-CV
_____

### CHARMIAN I. STRIFERT, Appellant

### V.

### FORT BEND ISD, FT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT #01, FORT BEND COUNTY GENERAL FUND, FORT BEND COUNTY, Appellees

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-258412**

## O R D E R

The notice of appeal in this case was filed March 1, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 15, 2022.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM


Panel Consists of Justices Wise, Poissant and Wilson.